1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION

| | |
|---|---|
| RED REAPER a.k.a. BRETT C. HUSKA,<br><br>  Plaintiff,<br>vs.<br><br>ACE AMERICAN INSURANCE COMPANY; a Pennsylvania corporation; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No.: 4:21-cv-05876-HSG<br><br>Action Filed: July 30, 2021<br><br>Trial Date: Not Set<br><br>**ORDER RE STIPULATION TO CHANGE BRIEFING SCHEDULE IN REGARD TO DEFENDANT ACE AMERICAN INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>[Filed Concurrently With:<br> - Stipulation to Change Briefing Schedule; and<br> - Declaration of Michael P. Lavigne] |

1  Based upon the stipulation of the parties and for good cause shown, IT IS
2  HEREBY ORDERED that the time for Plaintiff to file its response to ACE's motion
3  to dismiss shall be extended from September 14, 2021 to September 28, 2021.  ACE
4  shall have until October 19, 2021 to file its reply.

8  Dated: 9/13/2021



9  HON. HAYWOOD S. GILLIAM, JR.
   UNITED STATES DISTRICT COURT JUDGE

13  Submitted By:   /s/ Robert J. McKennon

14  Robert J. McKennon (SBN 123176) *rm@mckennonlawgroup.com*
    Michael P. Lavigne (SBN 216538) *ml@mckennonlawgroup.com*
15  **McKENNON LAW GROUP PC**
    20321 SW Birch Street, Suite 200
16  Newport Beach, California 92660
    Phone:  949-387-9595  |  Fax:  949-385-5165
17  Attorneys for Plaintiff Red Reaper a.k.a Brett C. Huska

