Celeste M. Brecht (SBN 238604)
  cbrecht@jonesday.com
Caroline D. Murray (SBN 301754)
  carolinemurray@jonesday.com
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA  90071.2452
Telephone:  +1.213.489.3939
Facsimile:  +1.213.243.2539

Attorneys for Defendant
NATIONAL MARROW DONOR PROGRAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RED REAPER a.k.a. BRETT C. HUSKA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; NATIONAL MARROW DONOR PROGRAM; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | **Case No. 4:21-cv-05876-HSG**<br><br>Case assigned for all purposes to: Hon. Haywood S. Gilliam, Jr.<br><br>**STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE**<br><br>Complaint Filed:  July 30, 2021<br>Trial Date:　　　Not Set |

1   Plaintiff Red Reaper a.k.a. Brett C. Huska ("Plaintiff") and Defendant National Marrow
2   Donor Program (the "NMDP") hereby stipulate and request as follows:
3   WHEREAS, Plaintiff filed a First Amended Complaint (the "FAC") on February 2, 2022,
4   naming the NMDP in the above-captioned action for the first time;
5   WHEREAS, Plaintiff served the FAC on the NMDP on or around February 7, 2022,
6   making any responsive pleading due February 28, 2022;
7   WHEREAS, on February 10, 2022, Plaintiff and the NMDP agreed to extend the NMDP's
8   responsive pleading deadline three weeks to March 18, 2022;
9   WHEREAS, the NMDP has not previously requested modifications to the case schedule;
10  WHEREAS, Plaintiff previously requested, along with Defendant ACE American
11  Insurance Company ("ACE"), to extend its opposition deadline to and ACE's reply in support of
12  ACE's motion to dismiss (Dkt. 18);
13  WHEREAS, the extension of the NMDP's responsive pleading deadline should not have a
14  significant impact on the schedule for the case.  The Case Management Conference set for
15  February 15, 2022  (i.e., before the NMDP's responsive pleading is due under the Federal Rules
16  of Civil Procedure) was vacated and no trial or other dates have been set;
17  WHEREAS, Plaintiff and the NMDP stipulate to extend the NMDP's responsive pleading
18  deadline three weeks from **February 28** to **March 18, 2022**.
19  IT IS SO STIPULATED.

Dated: February 17, 2022                    Respectfully submitted,

                                            JONES DAY

                                            By: /s/ Celeste M. Brecht
                                                Celeste M. Brecht
                                                Caroline D. Murray

                                            Counsel for Defendant
                                            NATIONAL MARROW DONOR
                                            PROGRAM

| | | |
|---|---|---|
| 1 | Dated: February 17, 2022 | McKENNON LAW GROUP PC |
| 2 | | |
| 3 | | By: /s/ Robert J. McKennon<br>   Robert J. McKennon<br>   Nicholas A. West |
| 4 | | |
| 5 | | Counsel for Plaintiff<br>RED REAPER a.k.a BRETT C. HUSKA |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:  2/18/2022

*Haywood S. Gilliam Jr.*
Honorable Haywood S. Gilliam, Jr.
District Judge