# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| RED REAPER a.k.a. BRETT C. HUSKA,<br><br>Plaintiff,<br><br>vs.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO. 4:21-CV-05876-HSG<br><br>**ORDER RE DEFENDANT ACE AMERICAN INSURANCE COMPANY'S ADMINISTRATIVE MOTION TO ADVANCE THE HEARING DATE FOR ITS MOTION TO DISMISS**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2 |

After consideration of Defendant ACE American Insurance Company's ("ACE") Administrative Motion to Advance the Hearing Date, the Court hereby finds that the hearing for ACE's motion to dismiss the second amended complaint be advanced from February 2, 2023 to Thursday, October ___, 2022, at 2:00 pm, at the Oakland Courthouse, Courtroom 2 4th Floor, 1301 Clay Street, Oakland, CA 94612.

IT IS SO ORDERED.

Dated:  9/21/2022

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

**DENIED**
*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.

1

ORDER RE ADMINISTRATIVE MOTION TO ADVANCE HEARING DATE FOR MOTION TO DISMISS